UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>HEY, INC., a Delaware corporation, and TWITTER INC., a Delaware corporation,<br><br>      Defendants. | Case No:  C 16-4884 SBA<br><br>**ORDER OF RECUSAL** |

    I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

    IT IS SO ORDERED.

Dated:  9/8/16

                                         SAUNDRA BROWN ARMSTRONG
                                         Senior United States District Judge