```
1   COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   MATTHEW D. BROWN (196972) (brownmd@cooley.com)
    KYLE C. WONG (224021) (kwong@cooley.com)
3   KAREN L. BURHANS (303290) (kburhans@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
5   Facsimile:    (415) 693-2222
6   Attorneys for Defendant
    TWITTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEY, INC., a Delaware corporation, and TWITTER INC., a Delaware corporation,<br><br>Defendants. | Case No.  3:16-CV-04884 WHA<br><br>**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF PARTIES' JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE (CIV. L.R. 6-2)**<br><br>Judge:      Hon. William Alsup<br>Trial Date:  None Set |

I, Matthew D. Brown, declare:

**1.** I am a partner in the law firm Cooley LLP, and I am licensed to practice in the State of California and a member of the Bar of this Court. I am one of the attorneys representing Defendant Twitter, Inc. ("Twitter") in the above-captioned matter. I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

1  **2.** I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of the
2  Parties' Joint Stipulated Request and [Proposed] Order to Set Briefing Schedule and Hearing Date
3  (Civ. L.R. 6-2).

4  **3.** Plaintiff Jason Parker ("Plaintiff") filed the Complaint in the above-entitled action in
5  the United States District Court, Northern District of California, San Francisco Division, on August
6  24, 2016 (the "Complaint").

7  **4.** On September 8, 2016, the case was assigned to the Honorable Saundra B.
8  Armstrong. (Dkt. No. 11.)

9  **5.** On September 9, 2016, the case was reassigned to this Court (Dkt. No. 13), and the
10 Case Management Conference initially set for November 22, 2016 (Dkt. No. 3) was vacated (Dkt.
11 No. 11). No Case Management Conference is currently scheduled.

12 **6.** On September 24, 2016, the Parties filed a stipulation pursuant to Local Rule
13 6-1(a) to extend Twitter's time within which to answer, move to dismiss, or otherwise respond to the
14 Complaint to and including November 2, 2016.

15 **7.** There have been no other time modifications in this case to date.

16 **8.** Twitter and Plaintiff have agreed that, in light of the complex issues to be resolved in
17 connection with Twitter's anticipated motion to dismiss the Complaint, a continuance of the standard
18 briefing deadlines will permit more effective case management, will serve the interests of judicial
19 economy, and will conserve Party and Court resources.

20 **9.** The requested time modification will have no effect on the schedule for this case.

22 I declare under penalty of perjury that the foregoing is true and correct.
23 Executed on September 24, 2016 in San Francisco, California.

*/s/ Matthew D. Brown*
Matthew D. Brown (196972)
Attorney for Defendant
TWITTER, INC.

137078963