IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PARKER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>HEY, INC., and TWITTER, INC.,<br><br>      Defendants.<br>_____ / | No. C 16-04884 WHA<br><br><br>**ORDER DENYING REQUEST FOR EXTENDED BRIEFING SCHEDULE** |

      The Court is in receipt of the parties' stipulated request for an extended briefing schedule. The request for an extended briefing schedule is **DENIED**. Any motion to dismiss should be noticed on the normal 35-day schedule.

      **IT IS SO ORDERED.**

Dated: September 30, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE