| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | MATTHEW D. BROWN (196972) (brownmd@cooley.com) |
| | KYLE C. WONG (224021) (kwong@cooley.com) |
| 3 | KAREN L. BURHANS (303290) (kburhans@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, CA  94111-5800 |
| | Telephone:     (415) 693-2000 |
| 5 | Facsimile:      (415) 693-2222 |
| 6 | Attorneys for Defendant |
| | TWITTER, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated, | Case No.  3:16-CV-04884 WHA |
| Plaintiff, | **TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL L.R. 3-15** |
| v. | |
| HEY, INC., a Delaware corporation, and TWITTER, INC., a Delaware corporation, | Complaint Filed:    August 24, 2016 |
| Defendants. | Judge:         Hon. William Alsup |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by its undersigned counsel, Defendant Twitter, Inc. ("Twitter") states as follows:

Twitter is a publicly held corporation.  Twitter does not have any parent corporation.  No publicly held corporation owns 10 percent or more of Twitter's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: October 3, 2016 | COOLEY LLP |
| 2 | | MICHAEL G. RHODES (116127)<br>MATTHEW D. BROWN (196972) |
| 3 | | KYLE C. WONG (224021)<br>KAREN L. BURHANS (303290) |

*/s/ Matthew D. Brown*

Matthew D. Brown (196972)
Attorneys for Defendant
TWITTER, INC.

137233285

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**TWITTER, INC.'S CORP. DISCLOSURE
STATEMENT AND CERT. OF INTERESTED
ENTITIES – CASE NO. 3:16-CV-04884 WHA**