1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  KAREN L. BURHANS (303290) (kburhans@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222

6  Attorneys for Defendant
   TWITTER, INC.
7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  JASON PARKER, individually and on behalf        Case No.  3:16-CV-04884 WHA
    of all others similarly situated,
13                                                   NOTICE OF NEED FOR ADR PHONE
                        Plaintiff,                   CONFERENCE
14
            v.                                       Judge:      The Hon. William Alsup
15                                                   Trial Date:  Not yet set
    HEY, INC., a Delaware corporation, and
16  TWITTER, INC., a Delaware corporation,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

138218090

NOTICE OF NEED FOR ADR PHONE CONFERENCE
No. 3:16-CV-04884 WHA

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

| Date of Case Management Conference | December 1, 2016 |
|---|---|

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Matthew D. Brown | Twitter, Inc. | (415) 693-2188 | brownmd@cooley.com |
| Stewart R. Pollock | Jason Parker | (415) 212-9300 | spollock@edelson.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 1, 2016          COOLEY LLP

                                 /s/ Matthew D. Brown
                                 Matthew D. Brown
                                 Counsel for Defendant TWITTER, INC.

Dated: November 1, 2016          EDELSON PC

                                 /s/ Stewart R. Pollock
                                 Stewart R. Pollock
                                 Counsel for Plaintiff JASON PARKER

## ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

I, Matthew D. Brown, attest that concurrence in the filing of this **NOTICE OF NEED FOR ADR PHONE CONFERENCE** has been obtained from the other signatory.   Executed on November 1, 2016 in San Francisco, California.

*/s/ Matthew D. Brown*
Matthew D. Brown

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

138218090

2.

NOTICE OF NEED FOR ADR PHONE CONFERENCE
NO. 3:16-CV-04884 WHA