COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
KAREN L. BURHANS (303290) (kburhans@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEY, INC., a Delaware corporation, and TWITTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.  3:16-CV-04884 WHA<br><br>**DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         December 8, 2016<br>Time:        8:00 a.m.<br>Courtroom: 8 - 19th Floor<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br><br>Judge:       The Hon. William Alsup<br>Trial Date: Not yet set |

I, Ricardo Castro, hereby declare as follows:

1.     I am a Senior Product Manager at Twitter, Inc. ("Twitter").  My duties at Twitter include managing the onboarding experience for new users, which involves managing and overseeing the process through which new users sign up for a Twitter account.  Except as noted otherwise, I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

1.

DECL. OF RICARDO CASTRO  IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

**May 2008 Terms**

2. I understand that Plaintiff Jason Parker says he joined Twitter in May 2008. During that time, all users signing up for an account on the Twitter website had to enter a username, and email address in a "Create a Free Twitter Account" webpage. They would then have had to click a button on the same page with the following text appearing on the button: "I accept. Create my account." Immediately above the accept button, in the same font size as the majority of other text on the page, was the following language: "By clicking on 'I accept' below, you confirm that you are over 13 years of age and accept the Terms of Service." The phrase "Terms of Service" appeared as a hyperlink that linked to the Terms of Service ("TOS") in effect at that time, and was a different color than the surrounding text, specifically, the shade of blue commonly used to indicate hyperlinks. A true and correct copy of the webpage as it appeared in October of 2007 is attached here as **Exhibit A** and can be found at: https://web.archive.org/web/20071030232554/https://twitter.com/signup. With the exception of minor stylistic changes, the webpage appeared the same in May of 2008. No material changes were implemented between October of 2007 and October of 2008, as shown in the attachments to this declaration. The sign-up webpage in effect in October of 2008 is attached here as **Exhibit B** and can be found at: https://web.archive.org/web/2008103023244/https://twitter.com/signup.

3. A true and correct copy of the TOS that was in effect in May of 2008 ("May 2008 TOS") can be found at: https://twitter.com/tos/previous/version_1?lang=en and is also attached as **Exhibit C** to this declaration.

4. As shown in **Exhibit C**, the "General Conditions" section of the May 2008 TOS includes the following language:

> We reserve the right to alter these Terms of Use at any time. If the alterations constitute a material change to the Terms of Use, we will notify you via internet mail according to the preference expressed on your account. What constitutes a "material change" will be determined at our sole discretion, in good faith and using common sense and reasonable judgement [sic].

5. Twitter has at all times since May of 2008 maintained a TOS and Privacy Policy.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

2.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

6. Since May of 2008, Twitter has from time to time updated its TOS and Privacy Policy. In every version of the TOS, Twitter has expressly reserved the right to amend the TOS's terms with language similar to that found in the May 2008 TOS.

**May 2015 Terms**

7. When Twitter updated its TOS and Privacy Policy in May of 2015, it notified users by email approximately 30 days before the updated TOS and Privacy Policy went into effect. All active users, defined as all users who had used the service in the preceding two years, with a valid email account were sent an email notifying them that the TOS and Privacy Policy were being updated. The email also provided links to the new TOS and the new Privacy Policy.

8. Twitter also Tweeted from the @Twitter account that a change in the TOS and Privacy Policy would go into effect and linked to the new terms.

9. Twitter further included a notice at the top of the then-current TOS that after 30 days the new TOS and Privacy Policy would become effective.

10. A true and correct copy of the TOS that came into effect on May 18, 2015 ("May 2015 TOS"), and that was effective from that date until January 27, 2016, can be found at: https://twitter.com/tos/previous/version_9?lang=en and is also attached as **Exhibit D** to this declaration.

11. As shown in **Exhibit D**, Section 1 of the May 2015 TOS includes the following language:

> You are responsible for your use of the Services, for any Content you post to the Services, and for any consequences thereof. Most Content you submit, post, or display through the Twitter Services is public by default and will be able to be viewed by other users and through third party services and websites. Learn more here, and go to the account settings page to control who sees your Content. You should only provide Content that you are comfortable sharing with others under these Terms.

12. As shown in **Exhibit D**, Section 2 of the May 2015 TOS includes the following language:

> Any information that you or other users provide to Twitter is subject to our Privacy Policy, which governs our collection and use of your information. You understand that through your use of the Services you consent to the collection and use (as set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

3.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter. As part of providing you the Services, we may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, which you may not be able to opt-out from receiving.

13.     As shown in **Exhibit D**, Section 5 of the May 2015 TOS includes the following language:

You retain your rights to any Content you submit, post or display on or through the Services. By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed).

You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals who partner with Twitter for the syndication, broadcast, distribution or publication of such Content on other media and services, subject to our terms and conditions for such Content use.

14.     As shown in **Exhibit D**, the May 2015 TOS expressly incorporates the Twitter Privacy Policy:

Any information that you or other users provide to Twitter is subject to our Privacy Policy, which governs our collection and use of your information. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter.

The term "Privacy Policy" appeared as a hyperlink that linked to the Privacy Policy in effect at that time, and was a different color than the surrounding text, specifically, the shade of blue commonly used to indicate hyperlinks. Section 12 of the May 2015 TOS also includes the following language incorporating the Privacy Policy: "These Terms, including the Twitter Rules for the Twitter Services, and our Privacy Policy are the entire and exclusive agreement between Twitter and you regarding the Services." A true and correct copy of the Privacy Policy that came into effect on May 18, 2015 ("May 2015 Privacy Policy"), and that was effective from that date until January 27, 2016,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

4.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

can be found at: https://twitter.com/privacy/previous/version_10?lang=en and is also attached as **Exhibit E** to this declaration.

15. As shown in **Exhibit E**, the May 2015 Privacy Policy includes the following language:

> Tweets, Following, Lists and other Public Information: Our Services are primarily designed to help you share information with the world. Most of the information you provide us through the Twitter Services is information you are asking us to make public. Your public information includes the messages you Tweet; the metadata provided with Tweets, such as when you Tweeted and the client application you used to Tweet; the language, country, and time zone associated with your account; and the lists you create, people you follow, Tweets you mark as likes or Retweet, and many other bits of information that result from your use of the Twitter Services. We may use this information to make inferences, like what topics you may be interested in, and to customize the content we show you, including ads. Our default is almost always to make the information you provide through the Twitter Services public for as long as you do not delete it, but we generally give you settings or features, like direct messages, to make the information more private if you want. The Twitter Services broadly and instantly disseminate your public information to a wide range of users, customers, and services. For instance, your public user profile information and public Tweets are immediately delivered via SMS and our APIs to our partners and other third parties, including search engines, developers, and publishers that integrate Twitter content into their services, and institutions such as universities and public health agencies that analyze the information for trends and insights. When you share information or content like photos, videos, and links via the Services, you should think carefully about what you are making public.

16. As shown in **Exhibit E**, the May 2015 Privacy Policy also states:

> On the Twitter Services, your name and username are listed publicly, including on your profile page and in search results, and you can use either your real name or a pseudonym. Some Twitter Services, such as searching and viewing public user profiles, do not require registration . . . . You may provide us with profile information to make public on the Twitter Services, such as a short biography, your location, your website, or a picture.

**January 2016 Terms**

17. Twitter further updated its TOS in January of 2016, but made only minor, mainly stylistic changes. Specifically, links to the Privacy Policy, Twitter Rules, and other incorporated policies were added before the text of the TOS itself, although their express incorporation into the TOS also remained from the previous May 2015 TOS, and a table of contents was added, for ease of access. The terms of the TOS did not otherwise change.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

5.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

18. Twitter notified users of these minor changes by displaying a message that appeared on the platform when users logged in and that appeared in users' timelines on Twitter.com, Twitter for Android, Twitter for iPhone, and Twitter for iPad. The message linked to a Help Center article that explained the changes to the TOS. Twitter also sent a Tweet from @Twitter and other language and country specific official Twitter accounts with the same link to the Help Center page that explained the changes to the TOS.

19. A true and correct copy of the TOS that came into effect on January 27, 2016 ("January 2016 TOS"), and that was effective from that date until September 30, 2016, can be found at: https://twitter.com/tos/previous/version_10?lang=en and is also attached as **Exhibit F** to this declaration.

20. Twitter also updated its Privacy Policy in January 2016.

21. A true and correct copy of the Privacy Policy that came into effect on January 27, 2016 ("January 2016 Privacy Policy"), and that was effective from that date until September 30, 2016, can be found at: https://twitter.com/privacy/previous/version_11?lang=en. A true and correct copy of the January 2016 Privacy Policy, as it appeared from January 27, 2016 until September 30, 2016 is also attached as **Exhibit G** to this declaration.

22. As shown in **Exhibit G**, the January 2016 Privacy Policy includes the same language quoted in paragraphs 15 and 16 of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2016 in San Francisco, California.

*/s/ Ricardo Castro*
Ricardo Castro

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

6.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Matthew D. Brown, attest that concurrence in the filing of this **DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** has been obtained from the other signatory. Executed on November 2, 2016 in San Francisco, California.

*/s/ Matthew D. Brown*
Matthew D. Brown

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

7.

DECL. OF RICARDO CASTRO IN SUPPORT OF
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA