1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  KAREN L. BURHANS (303290) (kburhans@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA 94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222

6  Attorneys for Defendant
   TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated, | Case No. 3:16-CV-04884 WHA |
| Plaintiff, | **DECLARATION OF RICARDO CASTRO IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| HEY, INC., a Delaware corporation, and TWITTER, INC., a Delaware corporation, | Date: December 8, 2016<br>Time: 8:00 a.m.<br>Courtroom: 8 - 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Defendants. | Judge: The Hon. William Alsup<br>Trial Date: Not yet set |

# Exhibit A

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137908077

**DECL. OF RICARDO CASTRO IN SUPPORT OF TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA**

