COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
KAREN L. BURHANS (303290) (kburhans@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEY, INC., a Delaware corporation, and TWITTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.  3:16-CV-04884 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:            December 8, 2016<br>Time:           8:00 a.m.<br>Courtroom: 8 - 19th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA 94102<br><br>Judge:         The Hon. William Alsup<br>Trial Date:  Not yet set |

Defendant Twitter, Inc.'s ("Twitter") Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") was heard on December 8, 2016 at 8:00 a.m. in this Court.  Having considered the parties' papers filed in support of and in opposition to the motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion to Dismiss.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in Support of Twitter's Motion to Dismiss and Twitter's reply brief in support thereof, the Motion to Dismiss is **GRANTED** on the ground that Plaintiff lacks Article III standing and this

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING DEFENDANT
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA

Court thereby lacks subject-matter jurisdiction. The Motion to Dismiss is **GRANTED** on the additional ground that Plaintiff fails to state a claim upon which relief can be granted because the Communications Decency Act § 230 precludes Plaintiff's claim, Plaintiff consented to Twitter's disclosure of his name and photograph, and the First Amendment bars Plaintiff's claim. Dismissal of Plaintiff's claims against Twitter shall be with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable William Alsup
United States District Judge

138577910

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER GRANTING DEFENDANT
TWITTER, INC.'S MOTION TO DISMISS
NO. 3:16-CV-04884 WHA