1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  KAREN L. BURHANS (303290) (kburhans@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:     (415) 693-2000
5  Facsimile:      (415) 693-2222

6  Attorneys for Defendant
   TWITTER, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  JASON PARKER, individually and on behalf     Case No.  3:16-CV-04884 WHA
    of all others similarly situated,
13                                               **[PROPOSED] ORDER GRANTING
                      Plaintiff,                 DEFENDANT TWITTER, INC.'S REQUEST
14                                               FOR CONSIDERATION OF DOCUMENTS
            v.                                   INCORPORATED INTO PLAINTIFF'S
15                                               COMPLAINT AND, IN THE ALTERNATIVE,
    HEY, INC., a Delaware corporation, and       FOR JUDICIAL NOTICE IN SUPPORT OF
16  TWITTER, INC., a Delaware corporation,       DEFENDANT'S MOTION TO DISMISS
                                                 PLAINTIFF'S COMPLAINT**
17                    Defendants.
                                                 Date:        December 8, 2016
18                                               Time:        8:00 a.m.
                                                 Courtroom:   8 - 19th Floor
19                                                            450 Golden Gate Avenue
                                                              San Francisco, CA 94102
20
                                                 Judge:       The Hon. William Alsup
21                                               Trial Date:  Not yet set

22

23      Defendant Twitter, Inc.'s ("Twitter") Request for Consideration of Documents Incorporated

24  into Plaintiff's Complaint and, in the Alternative, for Judicial Notice in Support of Defendant's Motion

25  to Dismiss Plaintiff's Complaint ("Request for Consideration of Documents") was heard on December

26  8, 2016 at 8:00 a.m. in this Court.  Having considered the parties' papers filed in support of and in

27  opposition to the request, argument by counsel, and all other matters properly considered by this Court,

28  the Court finds there is good cause to **GRANT** the Request for Consideration of Documents.

COOLEY LLP
ATTORNEYS AT LAW                    1.          **[PROPOSED] ORDER GRANTING DEFENDANT TWITTER,
SAN FRANCISCO                                    INC.'S REQUEST FOR CONSIDERATION OF DOCUMENTS
                                                 NO. 3:16-CV-04884 WHA**

**THEREFORE, IT IS ORDERED** that, for the reasons stated in Twitter's Request for Consideration of Documents, the Court finds that Exhibits A through G, inclusive, of the Declaration of Ricardo Castro in Support of Twitter, Inc.'s Motion to Dismiss Plaintiff's Complaint and the screenshots in paragraphs 4 and 6 of the Declaration of Karen L. Burhans in Support of Twitter, Inc.'s Motion to Dismiss Plaintiff's Complaint, are incorporated into the Complaint and are properly before this Court when ruling on Twitter's Motion to Dismiss Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable William Alsup
United States District Judge

138577901