1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
3  KAREN L. BURHANS (303290) (kburhans@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:    (415) 693-2000
5  Facsimile:    (415) 693-2222

6  Attorneys for Defendant
   TWITTER, INC.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | JASON PARKER, individually and on behalf of all others similarly situated, | Case No.  3:16-CV-04884 WHA
13 | | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**
14 | Plaintiff, |
15 | v. | **CIVIL L.R. 6.2**
16 | HEY, INC., a Delaware corporation, and TWITTER, INC., a Delaware corporation, | CMC:          December 1, 2016
   |   | Courtroom: 8 – 19th Floor
17 | Defendants. |               450 Golden Gate Avenue
   |   |               San Francisco, CA  94102
18 |   | Judge:      Hon. William Alsup
   |   | Trial Date: Not Set

1    This stipulated request is made jointly by Plaintiff Jason Parker ("Plaintiff") and Defendant Twitter, Inc. ("Twitter") (collectively, "the Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on August 24, 2016 (the "Complaint") (Dkt. No. 1);

WHEREAS, on September 9, 2016, this case was reassigned to the Honorable William Alsup and all dates then scheduled were vacated (Dkt. No. 13);

WHEREAS, on October 5, 2016, the Clerk entered a Notice (Dkt. No. 23) setting the Case Management Conference for December 1, 2016 and providing that, not less than seven days prior, counsel shall submit a joint case management statement not to exceed ten pages;

WHEREAS, pursuant to the Parties' September 24, 2016 stipulation extending Twitter's deadline to respond to the Complaint, Twitter filed its Notice of Motion and Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") (Dkt. No. 30) and its Request for Consideration of Documents Incorporated into Plaintiff's Complaint and, in the Alternative, for Judicial Notice in Support of Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 31) on November 2, 2016;

WHEREAS, Twitter noticed the hearing on its Motion to Dismiss for December 8, 2016;

WHEREAS, Plaintiff's Opposition to Twitter's Motion to Dismiss is due on or before November 16, 2016, and Twitter's Reply in Support of its Motion to Dismiss is due on or before November 23, 2016; and

WHEREAS, the Parties agree that a seven-day continuance of the Case Management Conference, such that the Case Management Conference will fall on the same day as the hearing on Twitter's Motion to Dismiss, will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties make this stipulated request for an order providing the following:

1.  The Case Management Conference is continued from December 1, 2016 to December 8, 2016 (the date on which Twitter's Motion to Dismiss is noticed for hearing).

2.  Not less than seven days prior to the Case Management Conference, counsel shall submit a joint case management statement not to exceed ten pages.

**IT IS SO STIPULATED.**

Dated: November 10, 2016

| EDELSON PC | COOLEY LLP |
|---|---|
| */s/ Stewart R. Pollock* | */s/ Matthew D. Brown* |
| Stewart R. Pollock | Matthew D. Brown |
| Attorneys for Plaintiffs | Attorneys for Defendant Twitter, Inc. |

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 14, 2016.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE