UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Parker,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>Hey, Inc., and Twitter, Inc.,<br><br>                    Defendant(s). | Case No: 3:16-cv-04884-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Rafey S. Balabanian, an active member in good standing of the bar of Illinois Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Jason Parker in the above-entitled action. My local co-counsel in this case is Stewart R. Pollock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 123 Townsend Street, Suite 100<br>San Francisco, California 94107 | 123 Townsend Street, Suite 100<br>San Francisco, California 94107 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (415) 212-9300 | (415) 212-9300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rbalabanian@edelson.com | spollock@edelson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6285687.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/18/16

                                                    Rafey S. Balabanian
                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Rafey S. Balabanian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2016.

                                                    [signature]
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                              October 2012