1  Rafey S. Balabanian (*pro hac vice*)
   rbalabanian@edelson.com
2  Eve-Lynn J. Rapp (*pro hac vice*)
   erapp@edelson.com
3  Stewart R. Pollock (SBN 301356)
   spollock@edelson.com
4  EDELSON PC
   123 Townsend Street
5  San Francisco, California 94107
   Tel: 415.212.9300
6  Fax: 415.373.9435

7  Alexander G. Tievsky (*pro hac vice*)
   atievsky@edelson.com
8  EDELSON PC
   350 N LaSalle St, 13th Floor
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Counsel for Plaintiff and the Putative Class*

12

13                **IN THE UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                       **SAN FRANCISCO DIVISION**

16 JASON PARKER, individually and on            Case No.: 3:16-cv-4884-WHA
   behalf of all others similarly situated,
17                                              **PLAINTIFF'S NOTICE OF VOLUNTARY**
                        *Plaintiff*,            **DISMISSAL PURSUANT TO FED. R. CIV.**
18                                              **P. 41(a)(1)(A)(i)**
           v.
19                                              Judge: Hon. William H. Alsup
   HEY, INC., a Delaware corporation, and
20 TWITTER, INC., a Delaware corporation.

21                      *Defendants*.

22

23

24

25

26

27

28

---

NOTICE OF VOLUNTARY DISMISSAL                          CASE NO. 3:16-cv-4884-WHA

1

## NOTICE OF VOLUNTARY DISMISSAL

2        PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure

3   41(a)(1)(A)(i), Plaintiff Jason Parker, by and through his undersigned counsel, hereby provides

4   notice of the voluntary dismissal of his claims against Defendant Hey, Inc. and Defendant

5   Twitter, Inc. without prejudice. In support of the instant notice, Plaintiff states as follows:

6        1.        Plaintiff filed this action on August 24, 2016.

7        2.        Yesterday, at the hearing on Twitter's motion to dismiss, the Court signaled that

8   an order dismissing Mr. Parker's claims for lack of subject-matter jurisdiction under Article III

9   of the Constitution would be forthcoming.

10       3.        Accordingly, and given the Court's stated view that Mr. Parker cannot satisfy

11  Article III's standing requirement, Mr. Parker chooses to voluntarily dismiss his claims before

12  this Court and re-file this action in a state forum, where jurisdiction is not limited by Article III.

13  *See Polo v. Innoventions Int'l, LLC*, 833 F.3d 1193, 1196 (9th Cir. 2016) ("State courts are not

14  bound by the constraints of Article III.").

15       4.        Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an

16  action without court order by filing a notice of dismissal before the opposing party serves either

17  an answer or a motion for summary judgment."

18       5.        Defendants have neither served an answer nor a motion for summary judgment in

19  this action.

20       6.        Accordingly, this action may be dismissed without an Order of the Court.

21

22  Dated: December 9, 2016                         Respectfully Submitted,

23

24                                                 **JASON PARKER**, individually and on
                                                   behalf of all other's similarly situated,

25
                                                   By: /s/ Alexander G. Tievsky
26                                                 One of Plaintiff's Attorneys

27

28

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn J. Rapp (*pro hac vice*)
erapp@edelson.com
Stewart R. Pollock (SBN 301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 N LaSalle St, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Alexander G. Tievsky, hereby certify that on December 9, 2016, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. In addition I served the following entity via United States Mail at its last known address:

Hey, Inc.
c/o Incorporating Services, Ltd.
3500 S DuPont Highway
Dover, Delaware 19901

/s/ Alexander G. Tievsky